# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

**SEP 1 2 2005**

JOHN F. CORCORAN, CLERK
BY: _____
DEPUTY CLERK

FRANKIE ADAMS,      )
     )
        Plaintiff,      )     **Case No. 7:04CV00258**
     )
v.      )     <u>ORDER</u>
     )
B.G. COMPTON, <u>et al.</u>,      )     **By: Hon. Glen E. Conrad**
     )     **United States District Judge**
        Defendants.      )

For the reasons stated in the accompanying memorandum opinion, it is hereby

### ORDERED

as follows:

1. The magistrate judge's Report and Recommendation shall be **ADOPTED**;

2. The defendants' motion for summary judgment shall be **GRANTED**;

3. The plaintiff's motion for discovery shall be **DENIED**; and

4. The action shall be **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiff and counsel of record for the defendants.

ENTER: This _12th_ day of September, 2005.

_____
United States District Judge